Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 130 | DATE | 2/14/2008 |
| CASE TITLE | USA vs. Deandre Henley | | |

**DOCKET ENTRY TEXT**

Removal proceeding held on 2/14/2008 as to Deandre Henley. Defendant appears in response to the arrest on 2/13/08. Defendant waives identity hearing. Defendant informed of his rights. Clarke P. Devereux is granted leave to file appearance as counsel for defendant for the removal proceedings only. Defendant waives detention hearing without prejudice. Defendant is not contesting that he is the person charged in the petition and warrant. Defendant agrees not to contest removal in custody. Order defendant removed to the Eastern District of Wisconsin as soon as possible to face the charges there pending against him.

Docketing to mail notices.

00:06

| | Courtroom Deputy Initials: | yp |
|---|---|---|