# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |
|---|---|---|---|---|

IN THE CASE OF: US vs. HENLEY
FOR AT: ND IL

LOCATION NUMBER: _____

PERSON REPRESENTED (Show your full name): DEANDRE HENLEY

☒ 1 Defendant – Adult
☐ 2 Defendant – Juvenile
☐ 3 Appellant
☐ 4 Probation Violator
☐ 5 Parole Violator
☐ 6 Habeas Petitioner
☐ 7 2255 Petitioner
☐ 8 Material Witness
☐ Other (Specify)

DOCKET NUMBERS
Magistrate: 
District Court: 08-130
Court of Appeals: 08 CV 130

CHARGE/OFFENSE (describe if applicable & check box →)
☐ Felony
☐ Misdemeanor

FILED
2-14-08
MAGISTRATE JUDGE MARIA VALDEZ
UNITED STATES DISTRICT COURT

---

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed
- Name and address of employer: _____
- IF YES, how much do you earn per month? $ _____
- IF NO, give month and year of last employment: NONE
- How much did you earn per month? $ _____
- If married is your Spouse employed? ☐ Yes ☒ No
- IF YES, how much does your Spouse earn per month? $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
- RECEIVED / SOURCES
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ _____

**CASH**
- Have you any cash on hand or money in savings or checking account ☐ Yes ☐ No IF YES, state total amount $ _____

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
- VALUE / DESCRIPTION
- IF YES, GIVE THE VALUE AND DESCRIBE IT $ _____

---

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
- MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: _____
- List persons: _____

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| N/A | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

---

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): 2-14-08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ X [signature]