

**MICHAEL W. DOBBINS**
CLERK

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

February 26, 2008

**FILE COPY**

Mr. Jon W. Sanfilippo
Clerk
United States District Court
362 United States Courthouse and
 Federal Building
517 East Wisconsin Avenue
Milwaukee, WI 53202

RE: U.S.A. vs. Deandre Henley
Case No: 08cr130-1

Dear Clerk of Court:

Enclosed please find copies of the complete case file in connection with removal proceedings conducted in this District regarding the above named case:

(X) Docket Sheet                            ( ) Temporary Commitment

(x) Affidavit in Removal Proceedings        ( ) Final Commitment

(x) Financial Affidavit                     (x) Order of Removal/Detention Order

( ) Order appointing counsel                ( ) Order setting conditions of release

( ) CJA 20 Form                             ( ) Detention Order

(x) Appearance form                         ( ) Appearance Bond

( ) Other                                   ( ) Pretrial Release Order

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

MICHAEL W. DOBBINS, CLERK

By: _____
Ellenore Duff, Deputy Clerk