*MAN*

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Jelena Veric*  ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)  C. Date of Delivery<br>JELENA VERIC  2-28-08 |
| 1. Article Addressed to:<br><br>Mr. Jon W. Sanfilippo, Clerk<br>United States District Court<br>362 United States Courthouse and<br>  Federal Building<br>517 East Wisconsin Avenue<br>Milwaukee, WI 53202<br><br>08cv130-1 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>   (*Transfer from service label*) | 7007 0710 0003 4410 4350 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

# F I L E D

MAR X 3 2008  PH
3-3-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT