MHW



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS
CLERK

COPY

'08 FEB 28 AM 10:04
February 26 2008

JON W. SANFILIPPO, CLERK
MAIL-REC'D

FILED
MAR X 4 2008
3-4-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Mr. Jon W. Sanfilippo
Clerk
United States District Court
362 United States Courthouse and
  Federal Building
517 East Wisconsin Avenue
Milwaukee, WI 53202

RE: U.S.A. vs. Deandre Henley
Case No: 08cr130-1

Dear Clerk of Court:

Enclosed please find copies of the complete case file in connection with removal proceedings conducted in this District regarding the above named case:

(X) Docket Sheet                       ( )Temporary Commitment

(x) Affidavit in Removal Proceedings    ( ) Final Commitment

(x) Financial Affidavit                (x) Order of Removal/Detention Order

( ) Order appointing counsel         ( ) Order setting conditions of release

( ) CJA 20 Form                        ( ) Detention Order

(x) Appearance form                 ( ) Appearance Bond

( ) Other                               ( ) Pretrial Release Order

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

MICHAEL W. DOBBINS, CLERK

By: _____
Ellenore Duff, Deputy Clerk